# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| DELMA COWART, Individually, and d/b/a STRUCTURES UNLIMITED, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) CV417-142<br>) |
| NAUTILUS INSURANCE CO., and AUDREY MANES, | )<br>)<br>) |
| Defendant. | ) |

FILED
Scott L. Poff, Clerk
United States District Court
By James Burrell at 1:52 pm, Feb 06, 2018

## ORDER

Defendant's unopposed request for filing of original discovery in support of its motion for summary judgment (doc. 20) is **GRANTED**.

**SO ORDERED,** this  6th  day of February, 2018.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA