FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA       2018 SEP -4 PM 2: 14

                                                    CLERK _____
                                                        SO. DIST. OF GA.

IN RE:        CASE ASSIGNMENTS        )    Misc. No.
                                      )
                                      )                 MC 4 18 - 0 1 2

## ORDER

Consequent to the appointment and entry on duty of R. Stan Baker as United States District Judge for the Southern District of Georgia, various reassignments of cases are necessary and appropriate. This order is entered for the purpose of effectuating and implementing a plan of assigning and reassigning cases throughout the district.

Upon the foregoing and with the concurrence of the affected Judges, IT IS HEREBY ORDERED that the cases listed by caption and number upon Exhibit "A" appended hereto, previously assigned to the undersigned, are hereby reassigned for plenary disposition to the Honorable R. Stan Baker.

It is further ordered that the cases listed by caption and number upon Exhibit "B" appended hereto, previously assigned to the Honorable Lisa Godbey Wood, are hereby reassigned for plenary disposition to the Honorable R. Stan Baker.

It is further ordered that the cases listed by caption and number upon Exhibit "C" appended hereto, previously assigned to the Honorable Dudley H. Bowen, Jr., are hereby reassigned for plenary disposition to the Honorable R. Stan Baker.

ORDERED ENTERED this _____ day of September, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

EXHIBIT "A"

| CV218-062 | USA v. Hercules, LLC |
| CV218-069 | Deal v. Medical Depot Inc. et al |
| CV413-165 | USA v. Bassett Mirror Company Inc. et al |
| CV415-177 | Coastal Logistics Inc. v. AIM Steel International, Inc. |
| CV417-057 | Tempus Aircraft Sales & Service LLC v. Signature Flight Support Corporation |
| CV417-106 | Daker v. Allen |
| CV417-118 | Ballard Marine Construction Inc. v. CDM Constructors, Inc. |
| CV417-124 | Lima v. Takata Corporation et al |
| CV417-130 | Bennett v. Public Law Board No. 7694 et al |
| CV417-165 | Hill v. Konecranes, Inc. et al |
| CV417-183 | Simplis et al v. JP Morgan Chase Bank et al |
| CV417-195 | Wright v. City of Savannah, et al |
| CV417-219 | Great American Assurance Company v. Pro Transport Savannah Inc., et al |
| CV417-237 | Carson v. Monsanto Company |
| CV417-243 | Wright v. Buffalo Wild Wings, Inc. et al |
| CV417-255 | Hopkins v. Weyerhaeuser NR Company |
| CV418-011 | USA v. .33 Firearms and 21,912 Rounds of Ammunition |
| CV418-022 | United Specialty Insurance Company v. Pontus LLC et al |
| CV418-028 | Harris v. Wal-Mart Stores, Inc. et al |
| CV418-034 | King v. Publix Super Market Inc. |
| CV418-040 | Harris v. McKie et al |
| CV418-053 | Campbell v. Equifax Information Services, LLC et al |
| CV418-065 | Jackson v. Berryhill |
| CV418-071 | Branch Banking and Trust Company v. Enviro-Tec Services, et al |

CV418-089    Lowrance v. Berryhill

CV418-101    Whitman v. Hinton

CV418-114    Allstate Property and Casualty Insurance Company v. Struthers et al

CV418-120    Oliver v. County of Effingham et al

CV418-133    Nuccio V. National Railroad Passenger Corporation

CV418-145    Simmons v. Cortez et al

CV418-151    JSM Marine LLC v. Gaughf

CV418-157    Dolan et al v. Air Mechanix LLC et al

CV418-163    Sonnenberg v. Martin Marietta Materials, Inc. et al

CV418-168    Jenkins et al v. Verizon Wireless Personal Communications LP et al

CV418-169    USA v. 2017 Chevrolet Silverado et al

CV418-175    Munn v. Randi Holdings, LLC

CV418-182    United Association of Journeymen and Apprentices of the Plumbing and Pipe
             Fitting Industry of the United States and Canada, AFL-CIO, Local 188 Pension
             Fund et al v. Johnson Controls, Inc.

CV418-188    Oltmanns v. International Longshoremen's Association Local 1475 Clerks and
             Checkers Union, Inc.

CV418-194    Ruf v. Wells Fargo Bank, N.A. et al

CV418-200    Donnelly v. Southern Metals Recycling Inc.

CV612-113    Jackson v. Catanzariti et al

CV614-047    Daker v. Head et al

CV615-057    Walker v. Bryson et al

CV616-006    Shaw v. Upton et al

CV616-035    San Miguel Produce Inc. v. L.G. Herndon Jr. Farms

CV616-043    L.G. Herndon Farms, Inc. v. San Miguel Produce, Inc. et al

CV616-045    Hoke v. Lyle et al

CV616-060   The Prudential Insurance Company of America v. Bailey et al

CV616-084   McConnell v. USA

CV616-088   Jackson v. USA

CV616-139   Rabo Agrifinance LLC v. Gerrald's Vidalia Sweet Onions, Inc.

CV616-167   Washington v. Rivera et al

CV617-004   Quintanilla v. Bryson et al

CV617-012   Bell v. Lamb et al

CV617-035   Young v. USA

CV617-045   Daniels v. Allen et al

CV617-051   Mercer v. Cooper et al

CV617-058   Powell v. Variety Wholesalers Inc. et al

CV617-083   McKenzie v. Anderson et al

CV617-084   Nationstar Mortgage LLC v. Powell et al

CV617-089   Brantley v. Handi-House MFG Co. et al

CV617-101   Davis v. Wal-Mart Stores East LP

CV617-107   Acree v. Allen et al

CV617-113   Pinnacle Agriculture Distribution Inc. v. Kight

CV617-117   Marshall v. G.D.C.I. Food Service et al

CV617-120   Garrett v. Meeks

CV617-131   Young v. Smith et al

CV617-135   Taylor v. Villegas et al

CV617-143   Mitchell v. Jackson et al

CV617-146   Wimberly v. Hutchingson

CV617-151   Treadwell v. Allen et al

CV617-155   Rogers v. Claxton Poultry Company, Inc.

CV617-159   Protzman et al v. Proctor

CV617-162   Moore-Montgomery v. Berryhill

CV617-163   Mitchell v. Berry

CV617-164   Mitchell v. Berry

CV618-003   Lanier v. Sizemore, Inc. et al

CV618-006   Daker v. State of Georgia

CV618-017   Southern Insurance Company of Virginia v. Tyre et al

CV618-022   Jones v. Warden

CV618-027   NeSmith et al v. Wal-Mark Stores Inc.

CV618-034   Bradley v. Aslan et al

CV618-036   Whitehurst v. Travelers Property Casualty Insurance Company

CV618-041   Wardlaw v. Berry et al

CV618-044   *SEALED CASE*

CV618-046   Ahmed v. Laughlin

CV618-048   Hawes v. State of Georgia

CV618-052   Grier v. Allen

CV618-054   Floyd v. Bateman et al

CV618-057   Webb v. Allen

CV618-059   Bradley v. Adams et al

CV618-061   Cormican v. Allen

CV618-063   Clayton v. Hunt et al

CV618-065   Ragan v. East Georgia Regional Medical Center LLC

CV618-067   Carter v. Georgia Department of Corrections et al

CV618-071   USA v. Dubois

CV618-073   Daker v. Dozier et al

CV618-075   Cormican v. Investigation Team

CV618-078   Cormican v. Burden et al

CV618-080   Progressive County Insurance Co. v. Johnson

CV618-082   Vickers v. Curry et al

CV618-084   Williams v. Mendez

CV618-086   Jacobs v. Taylor et al

CV618-170   Butler v. The Georgia Department of Corrections et al

CV516-083   Windham v. Lynch et al

CR205-030   USA v. Andrew Dwight Evans

CR407-242   USA v. Michael Jamaal Ferguson et al

CR407-285   USA v. Darnell Lamar Harris

CR408-043   USA v. Deangelo Johnson

CR410-295   USA v. Derrick Leonard Middleton

CR609-019   USA v. Kenneth Doeran Smith et al

EXHIBIT "B"

CV216-108    Clifton V. Jeff Davis County, Georgia et al

CV216-110    Tyre et al v. Carter et al

CV217-051    Barneman v. International Longshore Association

CV217-112    King v. Marcy et al

CV217-118    Jaudon v. Sasser et al

CV217-126    Northrup et al v. City of Brunswick, Georgia

CV218-025    Mock et al v. Glynn County, Georgia et al

CV416-104    Megaffin et al v. Cementos Argos S.A. et al

CV417-064    Lovett v. Georgia-Pacific Consumer Products, LP

CV417-142    Cowart v. Nautilus Insurance Company et al

CV417-186    Chemtall Incorporated v. BASF SE

CV417-234    Chisolm v. Officer Fazion et al

CV417-240    Chappell v. Berryhill

CV417-251    BASF Corporation v. SNF Holding Company et al

CV417-252    Barnes v. Doe et al

CV417-258    Gaines v. City of Savannah, et al

CV418-025    Williams v. Morales et al

CV418-037    Harris v. Pannizzo et al

CV418-050    Johnson v. Georgia Department of Behavioral Health and Developmental
Disabilities

CV418-074    Thomas v. Allen

CV418-086    Mortland v. Balaji Hospitality, LLC

CV418-104    Cliff et al v. Savannah Law School, LLC et al

CV418-110    Murray et al v. ILG Technologies LLC et al

CV418-117    Milie et al v. City of Savannah

CV418-130    Tommy Holloway v. Traxion, Inc.

CV418-136    Bolton et al v. Bynes, Jr et al

CV418-142    Eldibany v. Waton

CV418-166    Davis v. Publix Super Markets, Inc. et al

CV418-172    Javonillo v. Under Armour Retail of Georgia LLC et al

CV418-179    Bussey v. Bunch et al

CV418-185    Banks v. St. Lawrence et al

CV418-191    Martin v. Wal-Mart, Inc. et al

CV418-197    Martin v. Wal-Mart Stores East, LP

CV418-204    Mack v. Department of Veteran's Affairs et al

CV611-104    Georgia Southern University Housing Foundation One LLC v. Capstone
Development Corp. et al

CV615-107    Spaulding v. USA

CV515-065    Gales v. Bryson et al

CV515-089    Brown v. Gramiak

CV515-090    Slaughter v. Gramiak et al

CV516-060    James v. Terex Corporation

CV517-119    Martinez v. Hall et al

EXHIBIT "C"

CV216-053    Drayton et al v. McIntosh County, Georgia et al